**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10025-STA |
| BRANDON PENNY, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

    This cause came to be heard on July 17, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Brandon Penny, appearing in person, and with counsel, Daniel Taylor.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

    A basis in fact having been established, the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 17, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

    Defendant is remanded to the custody of the United States Marshals.

    **ENTERED** this the 17th day of July, 2017.

                                                     s/ S. Thomas Anderson
                                                CHIEF JUDGE, U. S. DISTRICT COURT