UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                      Case No. 1:17-cr-10025-STA

**BRANDON PENNY,**

    **Defendant.**

___

### ORDER ON MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF SETTING

___

This matter came to be heard before the Court upon a Motion to Continue Sentencing Hearing for the Defendant, Brandon Penny, and without opposition of the Government, the motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED, that the sentencing hearing in this matter currently scheduled for October 17, 2017, shall be continued until November 27, 2017, at 2:30 p.m.

Entered this 13th day of October, 2017.

                                                       **s/S. Thomas Anderson**
                                                       CHIEF U.S. DISTRICT JUDGE